Jeffrey S. Facter (State Bar No. 123817)
Jiyoun Chung (State Bar No. 226900)
SHEARMAN & STERLING LLP
525 Market Street, Suite 1500
San Francisco, CA 94105
Telephone:  (415) 616-1100
Facsimile:   (415) 616-1199
Email:        jfacter@shearman.com
                  jiyoun.chung@shearman.com

Attorneys for Defendants ATI Technologies Inc.,
ATI Technologies Systems Corp., ATI Research
Silicon Valley Inc., and ATI Research, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| RHONDA WADE,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ATI TECHNOLOGIES, INC., et al.,<br><br>　　　　Defendants. | Case No.: CV 06-03885 JW RS<br><br>DEFENDANTS' NOTICE OF SUBSTITUTION OF COUNSEL AND [PROPOSED] ORDER<br><br>Judge: Hon. James Ware |

1  TO THE COURT, PLAINTIFF, AND HER ATTORNEYS OF RECORD:

2  Defendants ATI Technologies Inc., ATI Technologies Systems Corp., ATI Research Silicon Valley Inc., and ATI Research, Inc. ("Defendants") hereby give notice that they are substituting Jeffrey S. Facter and Jiyoun Chung and the law firm of Shearman & Sterling LLP as their attorneys and counsel of record in this action, in lieu and in place of Saul C. Belz, Patrick Burnett, and Amy Ferguson and the law firm of Glankler, Brown, PLLC. Mr. Facter and Ms. Chung are admitted to practice before this Court. The new contact information for Defendants' counsel of record is as follows:

> Jeffrey S. Facter
> Jiyoun Chung
> SHEARMAN & STERLING LLP
> 525 Market Street, Suite 1500
> San Francisco, CA 94105
> Telephone: (415) 616-1100
> Facsimile: (415) 616-1199
> jfacter@shearman.com
> jiyoun.chung@shearman.com

Respectfully submitted,

Dated: July 12, 2006

SHEARMAN & STERLING LLP

By: /s/ Jeffrey S. Facter
    Jeffrey S. Facter

525 Market Street, Suite 1500
San Francisco, CA 94105
Telephone: (415) 616-1100
Facsimile: (415) 616-1199

Dated: July 13, 2006

GLANKLER, BROWN, PLLC

By: [signature]
    Saul C. Belz

One Commerce Square, 17th Floor
Memphis, TN 38103
Telephone: (901) 525-1322
Facsimile: (901) 525-2389

NOTICE OF SUBSTITUTION
OF COUNSEL AND [P] ORDER       1        CASE NO.: CV 06-03885 JW RS

258702

## ORDER

The foregoing substitution of attorneys is authorized by the Court and the Clerk of the Court is directed to make the appropriate change on the docket.

IT IS SO ORDERED.

Dated: July 17, 2006

_____
HON. JAMES WARE
UNITED STATES DISTRICT COURT JUDGE