Jeffrey S. Facter (State Bar No. 123817)
Jiyoun Chung (State Bar No. 226900)
SHEARMAN & STERLING LLP
525 Market Street, Suite 1500
San Francisco, CA 94105
Telephone:   (415) 616-1100
Facsimile:   (415) 616-1199
Email:       jfacter@shearman.com
             jiyoun.chung@shearman.com

Attorneys for Defendants ATI Technologies Inc.,
ATI Technologies Systems Corp., ATI Research
Silicon Valley Inc., and ATI Research, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| RHONDA WADE,<br><br>        Plaintiff,<br><br>    v.<br><br>ATI TECHNOLOGIES, INC., et al.,<br><br>        Defendants. | Case No.: CV 06-03885 JW RS<br><br>STIPULATION AND [~~PROPOSED~~]<br>ORDER RE CONSOLIDATION<br><br><br>Judge:  Hon. James Ware |

1     WHEREAS, the above-entitled action was transferred to this District on or about
2 June 22, 2006 from the United States District Court for the Western District of Tennessee ("the
3 Tennessee District Court");

4     WHEREAS, there is currently pending in this District before the Honorable James
5 Ware a consolidated action entitled In re ATI Tech. HDCP Litigation, Case No. 5:06-CV-01303-
6 JW ("the Consolidated Action");

7     WHEREAS, this Court issued an Order re: Case Management in the Consolidated
8 Action on April 18, 2006 ("the Case Management Order"), which provided that "[e]ach new case
9 that is related to the Consolidated Action which is filed in, removed to or transferred to this Court,
10 shall be consolidated with the Consolidated Action";

11     WHEREAS, the Order Granting Joint Motion for Change of Venue issued by the
12 Tennessee District Court on June 13, 2006 makes reference to the Consolidated Action and the
13 Case Management Order, specifically providing that "[t]he parties in the instant case agree that
14 given the Case Management Order . . . , it is in the interest of justice . . . , that this action be
15 transferred to the United States District Court for the Northern District of California, San Jose
16 Division to be consolidated with the Consolidated Action currently pending before Judge Ware";

17     WHEREAS, the parties to this action are thus in agreement that this case is
18 "related" to the Consolidated Action pursuant to Civil L.R. 3-12 and should be consolidated with
19 the Consolidated Action, and Co-Lead Counsel for plaintiffs in the Consolidated Action are also in
20 agreement to the same;

21     NOW THEREFORE, the parties in the above-entitled action as well as the
22 Consolidated Action, by and among their undersigned counsel, hereby jointly stipulate and request
23 the Court to order as follows:

24     1.     This action, Wade v. ATI Tech., Inc. et al., Case No. CV 06-03885 JW RS,
25 is hereby consolidated with the Consolidated Action, In re ATI Tech. HDCP Litigation, Case No.
26 5:06-CV-01303-JW, which is currently pending in this District before the Honorable James Ware,
27 and the Clerk of the Court shall make the appropriate change on the docket.
28

---

STIP. AND [P] ORDER                  1                  CASE NO.: CV 06-03885 JW RS
RE CONSOLIDATION                                                                        258991

| | |
|---|---|
| 1 | IT IS SO STIPULATED. |
| 2 | Dated: July 17, 2006 |

                                                                

1  IT IS SO STIPULATED.

2  Dated: July 17, 2006                    SHEARMAN & STERLING LLP
                                           Jeffrey S. Facter
3                                          Jiyoun Chung

4                                          By:    /s/ Jiyoun Chung
                                                    Jiyoun Chung
5
                                           525 Market Street, Suite 1500
6                                          San Francisco, CA  94105
                                           Telephone: (415) 616-1100
7                                          Facsimile: (415) 616-1199

8                                          Attorneys for Defendants ATI Technologies Inc.,
                                           ATI Technologies Systems Corp., ATI Research
9                                          Silicon Valley Inc., and ATI Research, Inc.

10

11 Dated: July 17, 2006                    THE MASON LAW FIRM, P.C.
                                           Alexander E. Barnett
12
                                           One Pennsylvania Plaza, Suite 4632
13                                         New York, NY  10119
                                           Telephone: (212) 362-5770
14                                         Facsimile: (917) 591-5227

15                                         THE MASON LAW FIRM, P.C.
                                           Gary E. Mason
16                                         Nicholas A. Migliaccio

17                                         1225 19th Street, NW, Suite 500
                                           Washington, D.C.  20038
18                                         Telephone: (202) 429-2290
                                           Facsimile: (202) 429-2294
19
                                           GLASSMAN, EDWARDS WADE
20                                                 & WYATT, P.C.
                                           B.J. Wade
21
                                           By:  /s/ B.J. Wade (by J. Chung with permission)
22                                                    B.J. Wade

23                                         26 North Second Street
                                           Memphis, TN  38103
24                                         Telephone: (901) 527-4673
                                           Facsimile: (901) 527-0940
25
                                           Attorneys for Plaintiff Rhonda Wade, on behalf of
26                                         herself and all others similarly situated

27  //

28  //

---

STIP. AND [P] ORDER                    2                    CASE NO.:  CV 06-03885 JW RS
RE CONSOLIDATION                                                                  258991

| | |
|---|---|
| 1  Dated: July 17, 2006 | KAMBER & ASSOCIATES, LLC<br>Scott A. Kamber |
| 2 | |
| 3 | 19 Fulton Street, Suite 400<br>New York, NY  10038<br>Telephone: (877) 773-5469 |
| 4 | Facsimile: (212) 202-6364 |
| 5 | PARISI & HAVENS LLP<br>David C. Parisi |
| 6 | |
| 7 | By: _____<br>David C. Parisi |
| 8 | |
| 9 | 15233 Valleyheart Drive<br>Sherman Oaks, CA  91403<br>Telephone: (818) 990-1299 |
| 10 | Facsimile: (818) 501-7852 |
| 11 | Co-Lead Counsel for Plaintiffs in In re ATI Tech.<br>HDCP Litigation, Case No. 5:06-CV-01303-JW |
| 12 | |
| 13 | |
| 14 | ORDER |
| 15       IT IS SO ORDERED. | |
| 16  Dated: July 31, 2006 | |
| 17 | THE HONORABLE JAMES WARE<br>UNITED STATES DISTRICT COURT JUDGE |