IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Rhonda Wade, | NO. C 06-03885 JW |
|       Plaintiff, | **ORDER CLOSING CASE** |
|   v. | |
| ATI Technologies, Inc., et al., | |
|       Defendants. | |

    On July 31, 2006, the Court consolidated this case with an earlier filed case, C 06-1303. (See Docket Item No. 6.) In light of that Order, this case should have been closed since it has been subsumed into the Lead Case. Accordingly, the Court now orders the Clerk of Court to close 06-3885.

Dated: September 30, 2009

                                    JAMES WARE
                                    United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Jeffrey S. Facter jfacter@shearman.com
Jiyoun Chung jiyoun.chung@shearman.com

**Dated: September 30, 2009**                  **Richard W. Wieking, Clerk**

                                                     **By:     /s/ JW Chambers**
                                                            **Elizabeth Garcia**
                                                            **Courtroom Deputy**

**United States District Court**
For the Northern District of California